UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| TERESA JIMENEZ URIBE, | § | |
| Plaintiff, | § | |
| v. | § | EP-20-CV-00101-FM |
| GEMINI TECH SERVICES LLC, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with "Joint Motion to Dismiss with Prejudice" [ECF No. 7], filed June 23, 2020, the court enters the following orders:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. It is **FURTHER ORDERED** that the Clerk of the Court is instructed to **CLOSE** the cause.

**SIGNED AND ENTERED** this 25 day of **June, 2020**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE